*Edward Boisgerard* v. *John Delafield, President of the New York Banking Company et al.* E. S. Van Winkle and J. Rhoades, for appellant; F. B. Cutting, for respondents. Order appealed from affirmed with costs.

*Isaac Denniston* v. *Catharine G. Vischer.* *Catharine G. Vischer* v. *Isaac Deniston et al.* J. McKown, for appellant; J. Blunt, for respondent. Order appealed from affirmed with costs, and proceedings remitted.